UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY NIELSON,<br><br>Petitioner,<br><br>v.<br><br>UNKNOWN,<br><br>Respondent. | Case No. 2:25-cv-0794-WBS-JDP (P)<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 9, 2025, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has not filed objections to the findings and recommendations.

Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 9, 2025, are adopted in full;

2. This action is DISMISSED for failure to state a claim, failure to prosecute, and failure

1

to comply with court orders for the reasons set forth in the May 23, 2025 order;

    3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

    4. The Clerk of Court is directed to close this case and to enter judgment accordingly.

Dated: October 22, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2